UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

     v.

PHU MINH LUU,

          Defendant.

Crim. No. 02-CR-37 (NAM)

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JUL 1 4 2005
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

## DEFAULT JUDGMENT OF FORFEITURE

Upon motion of the United States of America, and pursuant to Fed. R. Crim. P. 46(f)(3), I hereby enter a default judgment of forfeiture.

Norman A. Mordue
United States District Judge

July 14, 2005